# Court of Appeals
# of the State of Georgia

ATLANTA,  January 25, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0708. AKWASI NKANSAH BY AND THROUGH HIS MOTHER AND NEXT FRIEND CONSTANCE ASARE v. CREEKSIDE VILLAS TOWNHOMES ASSOCIATION, INC. et al.**

This appeal was docketed on December 11, 2023, and the appellant's brief was due on January 2, 2024. To date, no brief has been filed. Accordingly, the appeal is hereby DISMISSED. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/25/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*